# United States District Court
# Central District of California

FELIPE GONZALEZ,

    Plaintiff,

  v.

J.P. MORGAN CHASE BANK N.A., et al.,

    Defendants.

Case №. 2:17-CV-09310-ODW (ASx)

**JUDGMENT [86]**

# JUDGMENT

In light of the Court's Orders granting Defendants JPMorgan Chase Bank, N.A., Federal National Mortgage Association, NDeX WEST, LLC, and Rushmore Loan Management Services's (collectively "Defendants") motions to dismiss with prejudice (ECF Nos. 64, 68, 82),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment for Defendants on Plaintiff's First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, and Thirteenth claims for relief against Plaintiff;
2. Each party shall bear its own fees and costs;
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 9, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**